STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| | Chapter 13 |
| Carolina B. Williams fka Carolina Duque Estrada Barcellos | Case Number: 15-12304-AMC |
| Shawn C. Williams | |

### NOTICE OF APPEARANCE

Lakeview Loan Servicing[1][2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

> William E. Miller, Esquire
> **STERN & EISENBERG, PC**
> 1581 MAIN STREET, SUITE 200
> THE SHOPS AT VALLEY SQUARE
> WARRINGTON, PA 18976

DATED THIS 31ST DAY OF MARCH, 2017.

> By: /s/William E. Miller, Esquire
> ☒ William E. Miller, Esquire
> Stern & Eisenberg, PC
> 1581 Main Street, Suite 200
> The Shops at Valley Square
> Warrington, PA 18976
> Phone: (215) 572-8111
> Facsimile: (215) 572-5025
> Bar Number: 308951
> wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: Lakeview Loan Servicing, LLC.
2  The current Servicer of this loan is M&T Bank.
3  For reference, the property address associated with the undersigned's representation is 7114 Shelbourne Street, Philadelphia, PA 19111.

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Carolina B. Williams
fka Carolina Duque Estrada Barcellos
7114 Shelbourne Street
Philadelphia, PA 19111
and
Shawn C. Williams
7114 Shelbourne Street
Philadelphia, PA 19111

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Jonathan Krinick, Esquire
Willig, Williams & Davidson
1845 Walnut Street
24th Floor
Philadelphia, PA 19103

    Respectfully Submitted:

    Stern & Eisenberg, PC

By:   /s/ William E. Miller, Esquire
    ☑ William E. Miller, Esquire
    Stern & Eisenberg, PC
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976
    Phone: (215) 572-8111
    Facsimile: (215) 572-5025
    Bar Number: 308951
    wmiller@sterneisenberg.com

Date: March 31, 2017