STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Shawn C. Williams and Carolina B. Williams<br>fka Carolina Duque Estrada Barcellos<br>　　　Debtor(s)<br>-----------------------------------------------<br>Lakeview Loan Servicing, LLC<br>　　　　　Creditor/Movant<br>v.<br>Shawn C. Williams and Carolina B. Williams<br>fka Carolina Duque Estrada Barcellos<br>　　　Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 15-12304-AMC<br><br>Judge: CHAN, ASHELY M. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

　　　AND NOW, this __30th__ day of __May__, 2017, upon consideration of the Stipulation between Debtor and Lakeview Loan Servicing, LLC, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

MFR – APO/STIP BF