United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-12304-amc
Shawn C Williams                                                                Chapter 13
Carolina B. Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: May 30, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2017.
db/jdb          +Shawn C Williams,   Carolina B. Williams,   7114 Shelbourne Street,
                 Philadelphia, PA 19111-3936

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JONATHAN  KRINICK    on behalf of Debtor Shawn C Williams jkrinick@wwdlaw.com,
           jkrinick@hotmail.com
          JONATHAN  KRINICK    on behalf of Joint Debtor Carolina B. Williams jkrinick@wwdlaw.com,
           jkrinick@hotmail.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    LakeView Loan Servicing, LLC
           wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                           TOTAL: 8

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Shawn C. Williams and Carolina B. Williams<br>fka Carolina Duque Estrada Barcellos<br>              Debtor(s)<br>------------------------------------------------<br>Lakeview Loan Servicing, LLC<br>                    Creditor/Movant<br>v.<br>Shawn C. Williams and Carolina B. Williams<br>fka Carolina Duque Estrada Barcellos<br>              Debtor(s) | Chapter: 13<br><br>Bankruptcy Case: 15-12304-AMC<br><br>Judge: CHAN, ASHELY M. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this __30th__ day of __May__, 2017, upon consideration of the Stipulation between Debtor and Lakeview Loan Servicing, LLC, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

_____

Ashely M. Chan
United States Bankruptcy Judge

MFR – APO/STIP BF