**UNITED STATES BANKRUPTCY COURT**
**IN THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| SHAWN C. WILLIAMS | : | |
| CAROLINA B. WILLIAMS, | : | |
| | : | Bankruptcy No. 15-12304-amc |
| | : | |
| Debtor(s) | : | |

**Hearing: 9/4/18**
**11:00 AM**
**Bankruptcy Court**
**Courtroom 4**
**900 Market Street**
**Philadelphia, PA 19107**

\*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

The Debtors have filed a Motion To Sell Property with the Court to allow the sale of the Debtors' property at 7114 Shelbourne Street, Philadelphia, PA 19111.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **August 16, 2018** you or your attorney must do all of the following:

    (a)     file an answer explaining your position at

          United States Bankruptcy Court
          900 Market Street, Suite 400
          Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    mail a copy to the movant's attorney:

Jonathan Krinick, Esq.
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
phone: 215-814-9227
fax: 215-567-2310

2. If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on **September 4, at 11:00 AM in Courtroom 4**, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: <u>8/1/18</u>                                 <u>/s/  Jonathan Krinick</u>
                                                JONATHAN KRINICK, ESQ
                                                Counsel for the Debtor(s)