**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| SHAWN C. WILLIAMS | : | |
| CAROLINA B. WILLIAMS, | : | |
| | : | Bankruptcy No. 15-12304-amc |
| | : | |
| Debtor(s) | : | |

**Hearing: 9/4/18**
**11:00 AM**
**Bankruptcy Court**
**Courtroom 4**
**900 Market Street**
**Philadelphia, PA 19107**

# AMENDED ORDER

     **AND NOW,** this    day of           , 2018, upon consideration of the Motion To Sell Real Property filed by Debtor(s), upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

     **ORDERED,** that Debtor(s) is granted permission to sell their real property located at 7114 Shelbourne Street, Philadelphia, PA 19111  ("Property"), free and clear of all liens, with all such liens to attach to the sale proceeds, for the sale price of $165,000.00, pursuant to the terms of a certain real estate agreement of sale dated as of July 26, 2018 amended on August 10, 2018, to the buyer(s) thereunder, Kevin Govozdean  ("Buyer"), who has been represented to be purchasing the Property at arm's length.

     The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparations, disbursements, express shipping, surveys, municipal certifications, or any other such routine matter.    [approx.]    $ 350.00

2. Liens paid at closing  (a) [Lakeview Loan Servicing, LLC serviced by M&T Bank to be paid in full]    estimated at: $144,323.55

3. Real estate taxes, Transfer taxes, sewer, trash, water, utilities and/or other such items    $ 3,531.00

4. Property repairs, if any    $ 0.00

5. Real estate commission, at no greater than 5%     $ 8,250.00

6. Seller Assist     $ 4,950.00

7. Attorneys' fees, if any     $ 0.00

8. Allowances agreed to be made for utilities
   [PGW, Water Bureau]     $ 350.00

9. Other [est. settlement costs]     $ 300.00

10. Debtors' exemption pursuant to 11 U.S.C. §522(d)(1)
    payable to Debtors not to exceed:     $ 47,350.00

**TOTAL TO DEBTORS/SELLERS**      **[ESTIMATED]**     **$2,945.45**

     Approval of this sale is contingent on the lien of Lakeview Loan Servicing, LLC serviced by M&T Bank pursuant to Proof of Claim 6-1 being paid off in full at closing. Debtor shall obtain a payoff effective as of the date of closing from M&T prior to closing. If Lakeview Loan Servicing, LLC's lien is not paid in full at closing, then this Order, and any sale of the Property conducted pursuant to it, shall be considered void and Debtor shall be required to re-petition the Court for a new Order to sell the Property.

     After paying all liens in full, all costs of sale and the Debtors' exemption amount, the title clerk shall pay to the Chapter 13 Trustee, the balance of the sales proceeds, approximately $0.00, to be distributed by the Trustee, subject to applicable commission, to those creditors whose claims have been filed and allowed by the Court.

     The title clerk shall fax a completed ALTA or settlement sheet from the closing directly to the Trustee immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his/her approval or objections to the sums to be disbursed.

     Upon Trustee approval, the title clerk shall fax a copy of the disbursement check(s) to the Trustee, and shall immediately transmit any actual disbursement check for benefit of the Trustee to the Trustee by overnight courier.

In order to allow the Debtors to proceed with the sale of the property expeditiously, this Order is effective immediately; the parties are not required to wait ten (10) days to proceed with the sale.

**BY THE COURT:**

_____
**HON. ASHELY M. CHAN**