United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shawn C Williams  
Carolina B. Williams  
      Debtors

Case No. 15-12304-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Dec 04, 2018  
                   Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13528164     +E-mail/Text: bncmail@w-legal.com Dec 05 2018 03:17:41     COMENITY CAPITAL BANK/PAYPAL CREDIT,
       C/O WEINSTEIN & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                                                                                                    TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2018 at the address(es) listed below:
           ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
           BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
           CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    LakeView Loan Servicing, LLC cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
           JONATHAN KRINICK    on behalf of Debtor Shawn C Williams jkrinick@wwdlaw.com, jkrinick@hotmail.com  
           JONATHAN KRINICK    on behalf of Joint Debtor Carolina B. Williams jkrinick@wwdlaw.com, jkrinick@hotmail.com  
           THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
           WILLIAM EDWARD MILLER    on behalf of Creditor    LakeView Loan Servicing, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
                                                                                                                                                                                               TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-12304-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Shawn C Williams
7114 Shelbourne Street
Philadelphia PA 19111

Carolina B. Williams
7114 Shelbourne Street
Philadelphia PA 19111

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/03/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: COMENITY CAPITAL BANK/PAYPAL CREDIT, C/O WEINSTEIN & RILEY, P.S., 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/06/18

Tim McGrath
**CLERK OF THE COURT**