WILLIG, WILLIAMS & DAVIDSON
BY: JONATHAN KRINICK, ESQUIRE        Attorney for Debtor(s)
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | Bankruptcy No.  15-12304-amc, |
| SHAWN C. WILLIAMS | : | |
| CAROLINA B. WILLIAMS | : | |
| Debtor (s) | : | |

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please mark as WITHDRAWN the document filed on the docket in this case as #55 and titled Debtor Education Financial Management Course Certificate Filed for Joint Debtor.

Respectfully submitted,

4/7/20                                                                    /s/  Jonathan Krinick
DATE                                                                    JONATHAN KRINICK, ESQUIRE
                                                                              Counsel for Debtor(s)