Certificate Number: 00927-PAE-DE-034320194

Bankruptcy Case Number: 15-12304



00927-PAE-DE-034320194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 7, 2020, at 4:53 o'clock PM EDT, Shawn C Williams completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 7, 2020           By:    /s/ELIZABETH N GARCIA

                                Name:  ELIZABETH N GARCIA

                                Title: Certified Credit Counselor