Certificate Number: 00927-PAE-DE-034320195

Bankruptcy Case Number: 15-12304



00927-PAE-DE-034320195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 7, 2020, at 4:53 o'clock PM EDT, Carolina B Williams completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 7, 2020              By:    /s/ELIZABETH N GARCIA

                                   Name:  ELIZABETH N GARCIA

                                   Title:  Certified Credit Counselor