WILLIG, WILLIAMS & DAVIDSON
BY: JONATHAN KRINICK, ESQUIRE              Attorney for Debtor(s)
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | Bankruptcy No.  15-12304-amc, |
| SHAWN C. WILLIAMS | : | |
| CAROLINA B. WILLIAMS | : | |
| Debtor (s) | : | |

### PRAECIPE TO CHANGE ADDRESS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please note the new address for the Debtor in the above-captioned matter:

> Shawn C. Williams
> 6436 Rising Sun Avenue, Apt 2
> Philadelphia, PA  19111

                                                                Respectfully submitted,

 4/7/20                                                          /s/  Jonathan Krinick
DATE                                                             JONATHAN KRINICK, ESQUIRE
                                                                Counsel for Debtor(s)