WILLIG, WILLIAMS & DAVIDSON
BY: JONATHAN KRINICK, ESQUIRE   Attorney for Debtor(s)
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | Bankruptcy No.  15-12304-amc, |
| SHAWN C. WILLIAMS | : | |
| CAROLINA B. WILLIAMS | : | |
| Debtor (s) | : | |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please note the new address for the Joint Debtor in the above-captioned matter:

   Carolina B. Williams
   1123 Brookview Place
   Elkins Park, PA 19027

            Respectfully submitted,

 4/7/20             /s/  Jonathan Krinick
DATE             JONATHAN KRINICK, ESQUIRE
              Counsel for Debtor(s)