United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-12304-amc
Shawn C Williams                                                    Chapter 13
Carolina B. Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW         Page 1 of 2              Date Rcvd: Jun 16, 2020
                            Form ID: 138NEW        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
```
db          +Shawn C Williams,    6436 Rising Sun Avenue, Apt 2,     Philadelphia, PA 19111-5242
jdb         +Carolina B. Williams,    1123 Brookview Place,    Elkins Park, PA 19027-2801
cr           ECMC,    PO BOX 16408,    SAINT PAUL, MN  55116-0408
cr          +LakeView Loan Servicing, LLC,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
              Warrington, PA 18976-3403
13503696     AES/Fed Loan Servicing,    1200 N.7th Street,    Harrisburg, PA 17102-1419
13503697     American Express,    PO Box 1270,   Neward, NJ 07101-1270
13503698    +American Express,    PO Box 297871,    Ft. Lauderdale, FL 33329-7871
13575690     American Express Centurion Bank,    c o Becket and Lee LLP,     POB 3001,    Malvern, PA 19355-0701
13503699    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO Box 15019,    Wilmington, DE 19886-5019)
13503704    +Barclays Bank,    125 S. West Street,    Wilmington, DE 19801-5014
13503710    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: CitiBank,     PO Box 688965,    Des Moines, IA 50368-8965)
13546951    +Cavalry SPVI LLC assignee Capital One, NA,     Bass Associates PC,
              3936 E Fort Lowell Road Suite 200,     Tucson, AZ 85712-1083
13503709    +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
13503708    +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
13507172    +Citibank N.A.,    c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2235,
              701 E 60th Street North,    Sioux Falls, SD 57104-0432
13989124    +Citibank,NA,    Firstmark Services,    PO BOX 82522,    Lincoln NE 68501-2522
13831025     ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13503713     NTB Credit Plan,    PO Box 183015,    Columbus, OH 43218-3015
13503715     PHEAA,    1200 North Seventh Street,    Harrisburg, PA 17102-1444
13511178    +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13503716     Priceline.com Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
13503718     Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
13561851    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
              Addison, Texas 75001-9013
13503719     Union Plus Credit Card,    PO Box 71104,    Charlotte, NC 28272-1104
13542312     eCAST Settlement Corporation, assignee,     of Citibank, N.A.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:18     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 17 2020 04:22:44
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 17 2020 04:23:13     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: bncmail@w-legal.com Jun 17 2020 04:23:03     Synchrony,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr           E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:28:55     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13529206    +E-mail/Text: bncmail@w-legal.com Jun 17 2020 04:23:03     CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13602911     E-mail/Text: megan.harper@phila.gov Jun 17 2020 04:23:18
              Water Revenue Bureau,City of Philadelphia,    Law Department  Tax Unit,    Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
13528164    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 17 2020 04:22:31
              COMENITY CAPITAL BANK/PAYPAL CREDIT,    C/O WEINSTEIN & RILEY, P.S.,
              2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13503705    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 17 2020 04:29:00     Capital One,
              PO Box 30253,    Salt lake City, UT 84130-0253
13503711     E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17     Discover Financial,    PO Box 15316,
              Wilmington, DE 19850
13507170     E-mail/Text: mrdiscen@discover.com Jun 17 2020 04:22:17     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13503706    +E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 17 2020 04:28:59     Chase,    PO Box 15298,
              Wilmington, DE 19850
13503712     E-mail/Text: camanagement@mtb.com Jun 17 2020 04:22:29     M & T Bank,    PO Box 62182,
              Baltomore, MD 21264-2182
13528645     E-mail/Text: camanagement@mtb.com Jun 17 2020 04:22:29     M&T BANK,    PO BOX 1288,
              Buffalo, NY 14240
13580177     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 17 2020 04:28:46
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13503714    +E-mail/PDF: gecsedi@recoverycorp.com Jun 17 2020 04:29:18     PayPal Credit,    PO Box 5138,
              Timonium, MD 21094-5138
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Jun 16, 2020
                              Form ID: 138NEW             Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13628891          E-mail/PDF: rmscedi@recoverycorp.com Jun 17 2020 04:28:42
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
14240545         +E-mail/Text: bncmail@w-legal.com Jun 17 2020 04:23:03       SYNCHRONY BANK,
                   c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
13503717         +E-mail/PDF: pa_dc_claims@navient.com Jun 17 2020 04:28:42      Sallie Mae,    PO Box 9500,
                   Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13503700*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
13503701*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
13503702*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
13503703*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998)
13831028*         ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
13503707*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court:   Chase,   PO Box 15298,    Wilmington, DE 19850)
13556345*         eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                   New York, NY 10087-9262
                                                                                   TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    LakeView Loan Servicing, LLC
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              JONATHAN   KRINICK    on behalf of Debtor Shawn C Williams jkrinick@wwdlaw.com,
               jkrinick@hotmail.com
              JONATHAN   KRINICK    on behalf of Joint Debtor Carolina B. Williams jkrinick@wwdlaw.com,
               jkrinick@hotmail.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    LakeView Loan Servicing, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shawn C Williams and Carolina B. Williams

    Debtor(s)

Bankruptcy No: 15−12304−amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 6/16/20

        65 – 64
        Form 138_new